Certificate Number: 05781-OHS-DE-041541128

Bankruptcy Case Number: 26-54846

05781-OHS-DE-041541128

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2026, at 8:28 o'clock AM PDT, Jacquelyn Kreisel completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date: October 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President